168 So.2d 262

Benny TUCKER et al.

v.

STATE of Alabama.

2 Div. 460.

Supreme Court of Alabama.

Aug. 27, 1964.

Rehearing Denied Nov. 5, 1964.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for petitioner.

Peter A. Hall, Birmingham, and J. L. Chestnut, Jr., Selma, opposed.

SIMPSON, Justice.

Petitioner of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Tucker et al. v. State, 168 So.2d 258.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.